UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| A.K. | : | Hon. Joseph H. Rodriguez |
| Plaintiff, | : | Civil Action No. 11-4243 |
| v. | : | **ORDER** |
| NORTHERN BURLINGTON REGIONAL SCHOOL DISTRICT, et al, | : | |
| Defendants. | : | |

This matter having come before the court on Plaintiff's Motion to Remand [Docket Entry # 3]; and the Court having considered the written submissions of the parties, as well as having heard oral argument on the matter; and for the reasons expressed in the Opinion issued on even date,

IT IS on this 1st day of February, 2012 hereby ORDERED that Plaintiff's Motion to Remand is GRANTED; and

IT IS FURTHER ORDERED that this matter BE REMANDED to the Superior Court of New Jersey, Burlington County, Law Division for want of federal subject matter jurisdiction.

    /s/ Joseph H. Rodriguez
Hon. Joseph H. Rodriguez
United States District Judge